THE GERMAN-AMERICAN COFFEE COMPANY, Appellant, *v.* JOHN O'NEIL, Respondent.

*German-American Coffee Co.* v. *O'Neil*, 167 App. Div. 928, reversed.
. (Argued May 25, 1915; decided October 5, 1915.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered March 26, 1915, which affirmed an order of Special Term sustaining a demurrer to and dismissing the complaint in an action brought by plaintiff, a foreign corporation, against a former director to recover damages resulting to the corporation from the payment of illegal dividends out of the capital stock of the corporation.

The following questions were certified: 1. "Does the complaint state facts sufficient to constitute a cause of action?" 2. "Is there a defect of parties defendant appearing on the face of the complaint?"

*Ralph S. Rounds, Eugene Congleton* and *George S. Brengle* for appellant.

*George W. Harper, Jr.,* and *William Ferguson* for respondent.

Order reversed, with costs in all courts, on the opinion in the case of *German-American Coffee Co.* v. *Diehl* (216 N. Y. 57). First question certified answered in the affirmative; second question in the negative.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, COLLIN, CUDDEBACK, HOGAN, CARDOZO and SEABURY, JJ.